UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| DONNA MCCLURE, *as guardian for* MARTINA MCCLURE, <br><br> Plaintiff, <br><br> v. <br><br> K&K INSURANCE, et al., <br><br> Defendants. | Civil Action No. 6:22-CV-092-CHB-HAI <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Plaintiff's Amended Complaint **[R. 22]** is **DISMISSED** with prejudice.

2. This is a **FINAL** Judgment.

This the 13th day of March, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY